## MONNIG DRY GOODS CO. v. E. J. KING et al. (No. 2912.)

(Court of Civil Appeals of Texas. Texarkana. April 15, 1924. Rehearing Denied May 15, 1924.)

Appeal from Wood County Court; Ben F. Cathey, Judge.

The evidence establishes that Scott Gibson purchased the cotton from Mr. Kahn, acting at the instance and in behalf of J. B. Roberts as his agent at the time for the purpose. The evidence does not show nor authorize the finding of fact that Kahn, in effecting a sale of the cotton, acted as the agent of the Monnig Dry Goods Company, binding that company by his act.

Suiter & Wilkinson, of Winnsboro, for appellant.

M. D. Carlock and R. B. Howell, both of Winnsboro, and Connor & Ramey, of Sulphur Springs, for appellees.

LEVY, J. (after stating the facts as above). This is a companion case to that of Monnig Dry Good Co. v. H. C. King et al. (Tex. Civ. App.) 261 S. W. 515, and both the facts and question for review on appeal are the same. The decision in that case is applicable to and controls the decision of this appeal.

The judgment against the Monnig Dry Goods Company is reversed, and judgment is here entered that W. R. Wilkinson and Scott Gibson take nothing by their suit against that company, and that such company recover against them all costs in this behalf expended in the trial courts and on this appeal. The judgment of the county court will not be otherwise disturbed. The costs of this appeal will be taxed against W. R. Wilkinson.